Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

# UNITED STATES DISTRICT COURT

for the

_____ District of _____

_____ Division

SOUTHERN DISTRICT OF MISSISSIPPI
**FILED**

JUN 20 2025

ARTHUR JOHNSTON
BY_____ DEPUTY

LaPorscha Denise Brown

*Plaintiff(s)*

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

momentum Pawn
4325 North State St
Jackson, ms, 39206

*Defendant(s)*

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. 3:25-cv-448-DPJ-ASH

*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☐ Yes  ☐ No

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

### I.   The Parties to This Complaint

#### A.   The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | LaPorscha Denise Brown |
| Street Address | 4075 Venus Ave |
| City and County | Jackson · Hinds |
| State and Zip Code | ms  39212 |
| Telephone Number | 601-672-6594 |
| E-mail Address | lovelylaporscha@gmail.com |

#### B.   The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

**Defendant No. 1**

Name — Chris Upton

Job or Title *(if known)* — Ceo president

Street Address — 4325 N. State St

City and County — Jackson Hinds

State and Zip Code — ms 39206

Telephone Number — 601- 601 981-7296

E-mail Address *(if known)*

**Defendant No. 2**

Name — Jaime Gonzales

Job or Title *(if known)* — Regional Supervisor

Street Address — 4325 North State St

City and County — Jackson Hinds

State and Zip Code — ms 39206

Telephone Number — 601- 981-7296

E-mail Address *(if known)*

**Defendant No. 3**

Name — Cathy Gish

Job or Title *(if known)* — HR

Street Address — 4325 North State St

City and County — Jackson PA Hinds

State and Zip Code — ms 39206

Telephone Number — 601- 981-7296

E-mail Address *(if known)*

**Defendant No. 4**

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

## C.    Place of Employment

The address at which I sought employment or was employed by the defendant(s) is

| | |
|---|---|
| Name | Momentum Pawn Inc |
| Street Address | 4325 North State St |
| City and County | Jackson Hinds |
| State and Zip Code | ms 39206 |
| Telephone Number | 601-981-7296 |

## II.    Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☑ Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note:  In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐ Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note:  In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☐ Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note:  In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☑ Other federal law *(specify the federal law)*:

discriminations, retaliation, hostile work environment

☑ Relevant state law *(specify, if known)*:

discriminations, retaliation, hostile work environment

☐ Relevant city or county law *(specify, if known)*:

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.    The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

☐ Failure to hire me.

☐ Termination of my employment.

☐ Failure to promote me.

☐ Failure to accommodate my disability.

☑ Unequal terms and conditions of my employment.

☑ Retaliation.

☑ Other acts *(specify)*: Created a hostile work enviornment

*(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B.    It is my best recollection that the alleged discriminatory acts occurred on date(s)

Jan 2023 - ~~Jan~~ Jan-2025, most recent Jan 24, 2025

It has been ongoing peruasie

C.    I believe that defendant(s) *(check one)*:

☐ is/are still committing these acts against me.

☑ is/are not still committing these acts against me.

D.    Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

☑ race          White & Hispanic managers where treated fairly

☐ color

☑ gender/sex    They did not do male supervisor as myself

☐ religion

☐ national origin

☐ age *(year of birth)* _____ *(only when asserting a claim of age discrimination.)*

☐ disability or perceived disability *(specify disability)*

E.    The facts of my case are as follows. Attach additional pages if needed.

I was treated unfairly ,when I stated to my chain of commands my concerns for discrimination, I was quietly retailated against. They created a hostile work enviornment in which I could not perform my job basically forcing me to quit

Due to such a toxic environment. I was ignored by my HR and regional supervisor, in getting resolutions. I wasn't paid my owed vacation and unfairly not given my audit bonus as punishment, and could not recieve Unemployment.

*(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

## IV. Exhaustion of Federal Administrative Remedies

A.   It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

Jan 27, 2025

B.   The Equal Employment Opportunity Commission *(check one)*:

☐   has not issued a Notice of Right to Sue letter.

☑   issued a Notice of Right to Sue letter, which I received on *(date)* _____ .

*(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C.   Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☐   60 days or more have elapsed.

☐   less than 60 days have elapsed.

## V. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

I would like at least 6 months of my lost wages, I have not been able to find employment. I have been searching legal help, I believe they are giving me bad reference for potential new employment. I have anixety from the stress of the hostile work environment and the humiliations. $30,000.00

my vacation they refused to pay me I believe out of retailation $1,100.00
and my yearly audit bonus that they purposely did not give me out of retailation $5,000.00   total $36,100.00

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.        For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    6.20.25

Signature of Plaintiff        _601-672-6594_

Printed Name of Plaintiff    LaPorscha Brown    4075 Venus Ave
Jackson, MS. 39212

### B.        For Attorneys

Date of signing:    _____

Signature of Attorney        _____

Printed Name of Attorney    _____

Bar Number        _____

Name of Law Firm    _____

Street Address        _____

State and Zip Code    _____

Telephone Number    _____

E-mail Address        _____