UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

LAPORSCHA DENISE BROWN                                                    PLAINTIFF

V.                                                    CIVIL ACTION NO. 3:25-CV-448-DPJ-ASH

MOMENTUM PAWN, ET AL.                                  DEFENDANTS

ORDER

Pro se Plaintiff LaPorscha Denise Brown has filed a Motion for Instruction Regarding Service and Request for Authorization of Alternative Service as to Defendant James Gonzales.[1] Mot. [27]. In it, she explains that despite her "reasonable diligence in attempting to serve Defendant James Gonzales," she has been unable to effectuate service on him. *Id.* So she asks the Court to "authorize alternative service" or for "an order requiring Defendant James Gonzales to provide a valid service address." *Id.*

But Gonzales appeared through counsel and answered the Complaint on December 22, 2025. The answer does not raise as an affirmative defense the lack of service of process, meaning Gonzales has waived that defense. *See City of Clarksdale v. BellSouth Telecomms., Inc.*, 428 F.3d 206, 214 n.15 (5th Cir. 2005) ("Filing an answer to the complaint without objecting to service of process . . . waive[s] a defendant's right to object to service of process."). Because Gonzales has waived any objection to the lack of service of process, Brown need do nothing further with regard to service. Her motion [27] is therefore denied as moot.

**SO ORDERED AND ADJUDGED** this the 30th day of December, 2025.

                                           s/ *Andrew S. Harris*
                                           UNITED STATES MAGISTRATE JUDGE

---

[1] Gonzales is listed in the pleadings as Jaime Gonzales.